

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00247-CV

Sonja **CAMPBELL**,
Appellant

v.

David **CAMPBELL**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV00288
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of prosecution and failure to comply with a court order. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as indigent under Rule 20 of the Texas Rules of Appellate Procedure.

SIGNED August 14, 2019.

_____
Rebeca C. Martinez, Justice